Fourth Court of Appeals District
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037
www.TXCOURTS.GOV/4THCOA.ASPX

'FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO. TEXAS

2015 JUL 27 PM 3: 40



KEITH E. HOTTLE, CLERK

Re: Court of Appeals Number : 04-14-00785-CV
Trial Court Case Number: 2011-CI-15957
Mary Ann Castro v. Manuel Castro

To: Honorable Justices of Fourth Court of Appeals:

My name is Manuel G. Castro – the Appellee. I hired attorney
Joseph Appelt to file my divorce from Mary Ann Castro for irreconcilable differences. Mr. Appelt represented me throughout all divorce proceedings.

My divorce was filed on September 30, 2011.
Cause No. 2011-CI- 15957.

Our marriage was in distress due to financial debt, we were living beyond our means. There was no respect, no trust, and no intimacy. On July 3, 2011, I was locked out of our home because Mary Ann had the locks changed. I left with a bag of clothes, and very little money. I went to stay with my sister Leila Silva, and her husband Rey Silva.

1

I was employed with Johnson Controls. Working eight to ten hours daily, six days weekly. In January 2012, I was laid off due to downsizing.

I remained unemployed until May 2012, when I was hired as a welder with Kiewet Mining Company.

During this separation, I went through full discovery. The court also provided a mediator to help us with our differences in dividing our assets. This was to no avail because Mary Ann insisted on keeping everything. This included our two rental properties, a manufactured home, and our primary home. All vehicles, all tools, lawnmowers, all furniture, appliances, everything in our home.

Throughout our marriage Mary Ann worked at several places of employment. She was employed with the City of San Antonio for ten years. She also went through some medical problems, but attended college at Palo Alto College, and Texas A&M. She graduated with a degree in Criminal Justice.

Mary Ann managed our finances. She collected the rental payments for all three properties. She was responsible of paying the mortgages, all our bills, etc. Although, she collected the monies for these properties, she did not make the mortgage payments. Consequently, our rental

homes were foreclosed in 2012.

I filed for Chapter 13 – Bankruptcy Case No. 12-52696-G to protect our primary home located at 1501 Olive, Jourdanton, Texas 78026, from foreclosure.

Attorney – Mr. Joseph Shulter with the Davis Law Firm, represented me with the bankruptcy.

On October 30, 2013, we came to an agreement for divorce.
(See attachment)

We were both represented by our respective attorneys. Mr. Joseph Appelt represented me, and Ms. Maria Dinorah Diaz represented Mary Ann. The Honorable Judge David Canales of the 45th District Clerk signed the agreement.

A lift of stay for divorce was filed and approved on June 4, 2014. (See attachment)

A final decree for divorce was signed on October 3, 2014, by
the Honorable Judge Janet Littlejohn of the 45th District Court.

Honorable Justices of Fourth Court of Appeals, my prayer is that this divorce be accepted. It has been 4 years since I

filed for divorce. This process has been very stressful, painful, time consuming, and extremely costly. I want to move on with my life. I do not want to be a slave to debt any longer. I want to live within my means. Most of all, I want to live in peace.

Respectfully,

*Manuel G. Castro*

Manuel G. Castro – Appellee
PO Box 47776
San Antonio, TX 78265
(830) 570-5885